| | |
|---|---|
| CATINA J CHAPMAN PROSISE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 4:20-CV-231-D** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 28], ADOPTS the conclusions in the M&R [D.E. 27], DENIES plaintiff's motion for judgment on the pleadings [D.E. 20], GRANTS defendant's motion for judgment on the pleadings [D.E. 23], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on May 24, 2022, and Copies To:**

| | |
|---|---|
| Charles Ali Everage | (via CM/ECF electronic notification) |
| Lisa M. Rayo | (via CM/ECF electronic notification) |

DATE:  
May 24, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk